# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TERESA MARIE RUDOLPH,

      Plaintiff,

v.

      Case No. 12-11308
      Hon. Gerald E. Rosen
      Magistrate Judge Mark A. Randon

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     September 16, 2013

      PRESENT: Honorable Gerald E. Rosen
                    Chief Judge, United States District Court

      On June 13, 2013, Magistrate Judge Mark A. Randon issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Teresa Marie Rudolph's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment.  No objections have been filed to the R & R.  Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's June 13, 2013 Report and Recommendation (docket #16) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's September 7, 2012 motion for summary judgment (docket #11) is DENIED, and that Defendant's November 19, 2012 motion for summary judgment (docket #14) is GRANTED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: September 16, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 16, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135